UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW O. BOUNTWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-539-J |
| ) | |
| OKLAHOMA COUNTY BOARD OF ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, while incarnated, filed an Amended Complaint pursuant to 42 U.S.C. § 1983. [Doc. No. 6]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell granted Plaintiff's motion for leave to proceed in forma pauperis but after Plaintiff's release from custody, she ordered him to submit a new in forma pauperis application detailing his financial status. [Doc. No. 13]. Plaintiff failed to do so, and Judge Mitchell issued a Report and Recommendation recommending the action be dismissed without prejudice. [Doc. No. 14]. Plaintiff did not object and has waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Nelson v. United States*, 40 F.4th 1105, 1109 (10th Cir. 2022).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 14] and DISMISSES Plaintiff's Amended Complaint [Doc. No. 6] without prejudice.

IT IS SO ORDERED this 15th day of November, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE